## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **ANDREW LAMONT SUDLER,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  6:26-CV-00154-LS |
| | § | |
| **EQUIFAX INFORMATION** | § | |
| **SERVICES, LLC AND EXPERIAN** | § | |
| **INFORMATION SOLUTIONS, INC.,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Andrew Lamont Sudler has filed a stipulation of dismissal with prejudice as to its claim against Defendant Experian Information Solutions, Inc.[1] The Court dismisses Plaintiff's claims against Experian Information Solutions, Inc. with prejudice under Fed. R. Civ. P. 41(a).

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 27, 2026.

_____

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 16.