**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ANDREW LAMONT SUDLER,<br><br>                              Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; and EQUIFAX INFORMATION<br>SERVICES, LLC<br><br>                              Defendants. | **Case No.:**  6:26-cv-00154-ADA-DNM<br><br>Honorable Leon Schydlower<br><br><br>**NOTICE OF SETTLEMENT AS TO<br>DEFENDANT EXPERIAN<br>INFORMATION SOLUTIONS, INC.** |

        **NOTICE IS HEREBY GIVEN** that Plaintiff Andrew Lamont Sudler ("Plaintiff") and

Defendant Equifax Information Services, LLC, have resolved the claims between them in this

matter.  The parties are in the process of finalizing the terms and performance attendant to that

resolution.  The parties anticipate completing that performance within the next forty-five (45) days

and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the

Court vacate all deadlines in this matter as to Defendant Equifax Plaintiff further requests that the

Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

1

RESPECTFULLY SUBMITTED on June 12, 2026

By: */s/ Michael Yancey*
Michael Yancey, TX#24135431
**CONSUMER JUSTICE LAW FIRM PLC**
15851 Dallas Pkwy, Suite 600,
Addison, Texas 75001
E: myancey@consumerjustice.com
T: (480) 573-9272
F: (480) 613-7733


*Attorneys for Plaintiff*
*Andrew Lamont Sudler, Jr.*