# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **ANDREW LAMONT SUDLER,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  6:26-CV-00154-LS |
| | § | |
| **EQUIFAX INFORMATION** | § | |
| **SERVICES, LLC,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER FOR DISMISSAL DOCUMENTS

The parties have informed the Court that they have reached a settlement resolving this matter.[1] The Court therefore stays all pending deadlines, vacates any settings, and orders the parties to file dismissal documents no later than **July 13, 2026**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 12, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 18.